IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLA DEANNA THOMAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:10cv664-MEF |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

In a letter dated December 8, 2010 (Doc. No. 11), Petitioner notified this court that she wishes to withdraw her motion for relief under 28 U.S.C. § 2255 and to terminate proceedings in the instant action. This court construes Petitioner's letter to be a motion to withdraw her motion for relief under 28 U.S.C. § 2255.

Upon consideration of the motion, and for good cause, it is hereby ORDERED that:

1. Petitioner's motion to withdraw her motion for relief under 28 U.S.C. § 2255 (Doc. No. 11) is GRANTED; and

2. This action is DISMISSED without prejudice.

Done this the 28th day of March, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE